**Defendant: Robert Bocknak**

**IP:** 69.47.100.8
**ISP:** WideOpenWest
**Location:** Naperville, IL

| Title | Hash | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|---|
| Carlie Beautiful Blowjob | 625659538761601BE56B75C3D1DF1053A7C8BB28 | 03/26/2010 | 11/21/2011 | 12/13/2011 10:53:43 |
| Carlie Leila Strawberries and Wine | 625659538761601BE56B75C3D1DF1053A7C8BB28 | 05/07/2010 | 11/18/2011 | 12/13/2011 10:53:43 |
| Kat Translucence | 625659538761601BE56B75C3D1DF1053A7C8BB28 | 11/20/2009 | 11/19/2011 | 12/13/2011 10:53:43 |
| Katka Cum Like Crazy | 625659538761601BE56B75C3D1DF1053A7C8BB28 | 07/07/2010 | 11/21/2011 | 12/13/2011 10:53:43 |
| Katka Sweet Surprise | 625659538761601BE56B75C3D1DF1053A7C8BB28 | 08/04/2010 | 11/18/2011 | 12/13/2011 10:53:43 |
| Kristen Girl Next Door | 625659538761601BE56B75C3D1DF1053A7C8BB28 | 08/25/2010 | 11/18/2011 | 12/13/2011 10:53:43 |
| Leila Sex on the Beach | 625659538761601BE56B75C3D1DF1053A7C8BB28 | 12/22/2010 | 11/21/2011 | 12/13/2011 10:53:43 |
| MaryJane Young Love | 625659538761601BE56B75C3D1DF1053A7C8BB28 | 08/15/2011 | 11/23/2011 | 12/13/2011 10:53:43 |
| Megan Morning Bath | 625659538761601BE56B75C3D1DF1053A7C8BB28 | 02/12/2010 | 11/18/2011 | 12/13/2011 10:53:43 |
| Mina's Fantasy | 625659538761601BE56B75C3D1DF1053A7C8BB28 | 06/25/2010 | 11/23/2011 | 12/13/2011 10:53:43 |
| Tiffany Sex with a Supermodel | 625659538761601BE56B75C3D1DF1053A7C8BB28 | 02/23/2011 | 11/21/2011 | 12/13/2011 10:53:43 |
| Tiffany Teenagers in Love | 625659538761601BE56B75C3D1DF1053A7C8BB28 | 12/29/2010 | 11/20/2011 | 12/13/2011 10:53:43 |
| Tori The Endless Orgasm | 625659538761601BE56B75C3D1DF1053A7C8BB28 | 10/20/2010 | 11/18/2011 | 12/13/2011 10:53:43 |

**Total Statutory Copyright Infringements for Defendant Robert Bocknak: 13**

EXHIBIT A

NIL7