**Defendant: Robert Bocknak**

**IP:** 69.47.100.8
**ISP:** WideOpenWest
**Location:** Naperville, IL

| IP | Hash | Title | Hit Date UTC |
|---|---|---|---|
| 69.47.100.8 | 625659538761601BE56B75C3D1DF1053A7C8BB28 | X-Art Siterip #2 | 12/13/2011 10:53:43 |

EXHIBIT B

NIL7