AO 440 (Rev. 05/00) Summons in a Civil Action

1:12-CV-07030

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12/13/12 |
| NAME OF SERVER *(PRINT)* ANTOL ANORIN | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:

213 TERRANCE DRIVE, NOPERVILLE IL 60565

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/17/12
*Date*

*Signature of Server*

5250 OLD ORCHARD RD #300, SKOKIE IL 60077
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

15635

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MALIBU MEDIA, LLC

CASE NUMBER: 1:12-cv-07030

V.

ASSIGNED JUDGE: John J. Tharp, Jr.

ROBERT BOCHNAK

DESIGNATED MAGISTRATE JUDGE: Jeffrey Cole

TO: (Name and address of Defendant)

Robert Bochnak
213 Terrance Drive
Naperville, IL 60565

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

NICOLETTI & ASSOCIATES, PLLC
Paul J. Nicoletti
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304

an answer to the complaint which is herewith served upon you, within ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.Thom

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

THOMAS G. BRUTON, CLERK

THOMAS G. BRUTON, CLERK
(By) DE
*Jacqueline Halliman* (signature)
(By) DEPUTY CLERK



DATE
December 5, 2012
DATE