# EXHIBIT C

**Subject:** Re: Pending discovery
**From:** Office <schulzlaw@me.com>
**Date:** 8/18/2013 2:17 PM
**To:** "James A. McGurk" <jamcgurk@flash.net>

I think my earlier email was quite clear.
Mary K. Schulz
Schulz Law, P.C.
1144 E. State Street
Suite A260
Geneva, IL 60134
224.535-9510
SchulzLaw@me.com


On Aug 14, 2013, at 8:58 AM, James A. McGurk wrote:

> Dear Ms. Schulz:
>
> May I take your response to mean that Malibu Media is declining to make Mr. Feiser available for a deposition in response to the notice of deposition of the defendant?
>
> James A. McGurk
>
>
> On 8/13/2013 3:52 PM, Mary Schulz wrote:
>
>> Mr. McGurk, you have sent a notice of deposition for an individual who is not employed by Malibu Media and resides in Germany. In addition, you did not bother to check my availability.
>>
>>
>> Mary
>>
>> Sent from iPad
>
> --
> James A. McGurk
>
> Law Offices of James A. McGurk, P.C.
> 10 South LaSalle Street
> Suite 3300
> Chicago, Illinois 60603

Phone: (312) 236-8900
Fax: (312) 277-3497