## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Malibu Media, LLC

        Plaintiff,

v.               Case No.: 1:12–cv–07030
                 Honorable John J. Tharp Jr.

Robert Bochnak

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 5, 2013:

  MINUTE entry before Honorable John J. Tharp, Jr:Motion hearing held. Defendant's motion to compel [34] is granted. Mr. Feiser must appear for deposition in this district on or before 11/5/13 or the plaintiff will not be permitted to rely on any evidence supplied by Mr. Feiser going forward. A status hearing is set for 11/13/13 at 9:00 a.m. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.