IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff | ) | No. 12 cv 07030 |
| | ) | |
| vs | ) | Judge Tharp, Jr. |
| | ) | |
| ROBERT BOCHNAK | ) | |
| | ) | |
| Defendant | ) | |

## MOTION TO STAY ALL PROCEEDINGS

Plaintiff, by its undersigned attorney, prays for the entry of an order staying these proceedings pending the Defendant's execution of a settlement agreement. In support of its motion, Plaintiff states as follows:

1. On September 6, 2013 Plaintiff accepted Defendant's settlement proposal, without any reservations. A true and correct copy of the exchange by emails is attached hereto as Exhibit A and made a part hereof.

2. On the same date, September 6, 2013, Plaintiff forwarded to Defendant a settlement agreement for his review and approval. A true and correct copy of the email is attached hereto as Exhibit B and made a part hereof.

3. On September 11, 2013 Plaintiff asked Defendant if the settlement agreement had been reviewed and if there were any requested changes. A true and correct copy of the email is attached hereto as Exhibit C and made a part hereof.

4. On September 23, 2013 Plaintiff again inquired about the status of the settlement agreement. A true and correct copy of the email is attached hereto as Exhibit D and made a part hereof.

5. Defendant has failed to respond to any of the Plaintiff's inquiries.

6. Plaintiff will be prejudiced if this matter is not stayed pending the Defendant's completion of the settlement process.

WHEREFORE, Plaintiff prays for the entry of an order staying these proceedings until such time as Defendant completes the settlement he proposed and for such further and additional relief as this Court deems right and just.

Dated: October 4, 2013

Respectfully submitted,

By: /s/ *Mary K. Schulz*
Mary K. Schulz, 6183773
schulzlaw@me.com
Schulz Law, P.C.
1144 E. State Street, Suite A260
Geneva, IL 60134
Phone: 224.535.9510
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2013, I electronically filed the foregoing document with the Clerk of the Court and all parties using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

By: /s/ *Mary K. Schulz*
Mary K. Schulz