Office <schulzlaw@me.com>
Re: Malibu v. Bochnak/NIL7-1
September 6, 2013 2:19 PM

---

Mr. McGurk, this will make the judge and me happy to be done with this. I'll prepare a settlement agreement for your review and approval.

Thank you.
Mary K. Schulz
Schulz Law, P.C.
1144 E. State Street
Suite A260
Geneva, IL 60134
224.535-9510
SchulzLaw@me.com

On Sep 6, 2013, at 1:50 PM, James A. McGurk wrote:

> Dear Ms. Schulz:
>
> I have reviewed my e-mails with my client and it appears that we have not made a formal response to the most recent settlement demand of plaintiff. I apologize for suggesting that we had responded.
>
> I have spoken to my client and I am authorized to offer ▆▆▆▆▆ in full settlement of this matter with complete mutual release of both parties and no admission of liability.
>
> James A. McGurk
>
>> On 8/5/2013 11:32 AM, Office wrote:
>> Mr. McGurk, my client checked their records and found that in January and March we offered to resolve this for ▆▆▆▆ and I don't think we got any response.
>>
>> We are willing to make one last attempt to resolve this short of spending the time and money on discovery for ▆▆▆▆ paid to us. We will need to have a response by COB Friday.
>>
>> Look forward to hearing from you.

Mary
Mary K. Schulz
Schulz Law, P.C.
1144 E. State Street
Suite A260
Geneva, IL 60134
224.535-9510
SchulzLaw@me.com

```
--
James A. McGurk

Law Offices of James A. McGurk, P.C.
10 South LaSalle Street
Suite 3300
Chicago, Illinois 60603

Phone: (312) 236-8900
Fax:   (312) 277-3497
```

EXHIBIT A