Office <schulzlaw@me.com> 📎
Malibu v. Bochnak/NIL7-1
September 6, 2013 3:30 PM

Dear Mr. McGurk,

Attached is the proposed Settlement Agreement in the amount of ▮▮▮▮▮▮ .

Please review the agreement and if it is acceptable to both you and your client, execute and return to me.

Please have your client forward the payment to the address provided in the agreement and mark NIL7-1 (our internal reference) on both the envelope and check.

If you have any questions or comments, please contact me.

Best regards,

Mary K. Schulz
Schulz Law, P.C.
1144 E. State Street
Suite A260
Geneva, IL 60134
224.535-9510
SchulzLaw@me.com



NIL7−1.docx (24 KB)

EXHIBIT B