Office <schulzlaw@me.com>
Malibu v. Bochnak/NIL7
September 11, 2013 8:49 AM

Mr. McGurk, have you reviewed the settlement agreement I sent to you?  Have you any changes to make?  Can we get the agreement signed and this matter resolved?

Thank you.
Mary K. Schulz
Schulz Law, P.C.
1144 E. State Street
Suite A260
Geneva, IL 60134
224.535-9510
SchulzLaw@me.com

EXHIBIT C