Schulz Law <schulzlaw@me.com>
Malibu Media v. Bochnak
September 23, 2013 1:18 PM

Mr. McGurk, I am frustrated by your delay in executing the settlement agreement in this case. Is there a problem?

Unless I hear from you by Friday, I will be forced to file a motion to stay these proceedings pending the execution of the agreement.

Please save me the time and trouble.


Mary K. Schulz
Schulz Law, P.C.
1144 E. State Street
Suite A260
Geneva, IL 60134
224.535-9510
SchulzLaw@me.com


Exhibit D